UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. BECKERMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16CV105 SNLJ |
| | ) | |
| GLEN BABICH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Upon review of plaintiff Jeffrey A. Beckermann's amended complaint, the Court finds that it withstands review under 28 U.S.C. § 1915(e). Therefore, the Court will direct the Clerk of Court to serve process on the amended complaint. However, process cannot be issued on defendant "Unknown Dowster" because his name is incomplete. The Court will therefore order plaintiff to provide the full name for that defendant.

Therefore,

**IT IS HEREBY ORDERED** that the Clerk of Court shall serve process as to all defendants with the exception of "Unknown Dowster."

**IT IS FURTHER ORDERED** that, within twenty-one (21) days of the date of this order, plaintiff shall inform the Court of Unknown Dowster's full name. Plaintiff's failure to do so may result in the dismissal of Unknown Dowster from this action.

Dated this 12th day of October, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE